Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 721 - 2 | **DATE** | 11/20/2007 |
| **CASE TITLE** | USA vs. Daniel Deerey | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Arraignment proceedings held. Defendant voluntarily surrenders on 11/20/07. Defendant informed of his rights. Defendant waives formal reading of indictment. Defendant Daniel Deerey enters plea of not guilty to all counts of the Indictment. Rule 16.1(A) conference to be held on or before 11/27/07. Pretrial motions to be filed on or before 12/18/07. Responses to pretrial motions shall be filed on or before 1/2/08. Replies to pretrial motions shall be filed on or before 01/09/08. Status hearing before Judge Lefkow set for 1/16/08 at 9:45 a.m. On the government's motion and the defendant not objecting, the court finds that the time until the status before the District Judge shall be excluded pursuant to 18 U.S.C. § 3161(h)(1) and *U.S. v. Tibboel*, 753 F.2d 608 (7th Cir. 1985). Government and defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing. *Geraldine Soat Brown*

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | NTF |
|---|---|---|