## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                            Case No.: 1:07−cr−00721
                                                Honorable Joan H. Lefkow

Arthur Deerey, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

      MINUTE entry before Judge Joan H. Lefkow as to Daniel Deerey:Status hearing held on 2/13/2008 and continued to 4/9/2008 at 09:30 AM. Jury Trial set for 5/27/2008 at 10:00 AM. Oral motion of the Government to exclude time is granted without objection. The ends of justice served by exclusion of time outweigh the best interest of the defendant in a speedy trial, namely: additional time for diligent plea negotiations is needed in order to facilitate defendant's advantages related to acceptance of responsibility. The period beginning 2/13/2008 through 4/9/2008 is excluded pursuant to 18.3161(h)(1)(I) and 18.3161(h)(1)(F). Mailed notice (mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.