**FILED**

**JUNE 13, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NF

**FILED**

JUN 1 3 2008   NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 721 |
| | ) | |
| v. | ) | Violations: Title 18, United States |
| | ) | Code, Section 1957 |
| DANIEL DEEREY | ) | |
| | ) | JUDGE JOAN H. LEFKOW |
| | ) | |
| | ) | MAGISTRATE JUDGE |

**SUPERSEDING INFORMATION**   MAGISTRATE JUDGE
GERALDINE SOAT BROWN

The UNITED STATES ATTORNEY charges:

In or about April 2002 through in or about November 2002, in Naples, in the Central District of Florida, and elsewhere,

DANIEL DEEREY,

knowingly engaged and attempted to engage in a monetary transaction affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, which property was approximately $398,066 in profits derived from specified unlawful activity, namely the sale and distribution of access card reprogramming devices, the primary and intended purposes of which were to assist in the decryption of all DirecTV satellite television programming without payment of the required subscription fees and pay-per-view fees, in violation of Title 47, United States Code, Section 605(a) and (e)(4), ;

In violation of Title 18, United States Code, Section 1957.

UNITED STATES ATTORNEY