Felony NF



FILED
JUN 13 2008 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS



1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed complaint:

   **JUDGE JOAN H. LEFKOW**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☐  YES ☒  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   07 CR 721, U.S. v. Arthur Deerey and Daniel Deerey, Lefkow

3) Is this a re-filing of a previously dismissed indictment or information?  NO ☒  YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

   **MAGISTRATE JUDGE GERALDINE SOAT BROWN**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?  NO ☒  YES ☐

6) What level of offense is this indictment or information?  FELONY ☒  MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?  NO ☒  YES ☐

8) Does this indictment or information include a conspiracy count?  NO ☒  YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide ......... (II)
   ☐ Criminal Antitrust ... (II)
   ☐ Bank robbery ....... (II)
   ☐ Post Office Robbery . (II)
   ☐ Other Robbery ..... (II)
   ☐ Assault ........... (III)
   ☐ Burglary .......... (IV)
   ☐ Larceny and Theft .. (IV)
   ☐ Postal Embezzlement (IV)
   ☐ Other Embezzlement . (III)

   ☐ Income Tax Fraud ...... (II)
   ☐ Postal Fraud .......... (II)
   ☐ Other Fraud .......... (III)
   ☐ Auto Theft .......... (IV)
   ☐ Transporting Forged Securities (III)
   ☐ Forgery .......... (III)
   ☐ Counterfeiting ........ (III)
   ☐ Sex Offenses .......... (II)
   ☐ DAPCA Marijuana ..... (III)
   ☐ DAPCA Narcotics ...... (III)

   ☐ DAPCA Controlled Substances (III)
   ☐ Miscellaneous General Offenses (IV)
   ☐ Immigration Laws ....... (IV)
   ☐ Liquor, Internal Revenue Laws (IV)
   ☐ Food & Drug Laws ....... (IV)
   ☐ Motor Carrier Act ........ (IV)
   ☐ Selective Service Act ..... (IV)
   ☐ Obscene Mail .......... (III)
   ☒ Other Federal Statutes .... (III)
   ☐ Transfer of Probation Jurisdiction (V)

10) List the statute of each of the offenses charged in the indictment or information.
    Title 18 USC 1957

    _____
    STEPHEN A. KUBIATOWSKI
    Assistant United States Attorneys

(Revised 12/99)