

AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

JUN 1 3 2008

## UNITED STATES DISTRICT COURT

JUDGE JOAN H. LEFKOW
UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

DANIEL SCOTT DEEREY

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 CR 721

I, __DANIEL SCOTT DEEREY__, the above named defendant, who is accused of violating Title 18, U.S.C., Sections 1957 being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __June 13, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Daniel Scott Deerey
Defendant

_____
Mark Rotert
Counsel for Defendant

Before _____
Judicial Officer